**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jeffrey R. Slome | Social Security number or ITIN  xxx–xx–1397 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Carmen Slome | Social Security number or ITIN  xxx–xx–4068 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 13–10048–SLM | |

# Order of Discharge                                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Jeffrey R. Slome                              Carmen Slome
    aka Mr. Painter

    <u>6/6/18</u>                                      **By the court:** <u>Stacey L. Meisel</u>
                                                           United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                       United States Bankruptcy Court
                             District of New Jersey

In re:                                                      Case No. 13-10048-SLM
Jeffrey R. Slome                                            Chapter 13
Carmen Slome
        Debtors
                          CERTIFICATE OF NOTICE
District/off: 0312-2        User: admin            Page 1 of 3         Date Rcvd: Jun 06, 2018
                            Form ID: 3180W         Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2018.
db/jdb         +Jeffrey R. Slome,    Carmen Slome,    1407 York Street,    Mahwah, NJ 07430-3266
cr             +Bank of America, N.A.,    Stern, Lavinthal & Frankenberg,    105 Eisenhower Parkway,   Suite 302,
                 Roseland, NJ 07068-1640
513589389      +Amex Dsnb,    Po Box 8218,    Mason, OH 45040-8218
513638839      +Bank of America, N.A.,    Attn: Stern, Lavinthal, et al,    105 Eisenhower Parkway,   Ste. 302,
                 Roseland, NJ 07068-1640
513608967      +Department Stores National Bank/American Express,    Bankruptcy Processing,   Po Box 8053,
                 Mason, OH 45040-8053
513769990      +Englewood Orthopedic Associates,    c/o Pressler and Pressler, LLP.,   7 Entin Road,
                 Psrsippany NJ 07054-5020
513589397       Englewood Orthopedic Associates,    401 Sount Van Brunt Street,    3rd Floor,
                 Englewood, NJ 07631
513642656       FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,   Greensboro, NC 27410
513589398      +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
513878646       FedLoan Servicing,    PO Box 69184,    Harrisburg, PA 17106-9184
513589403       Honda Financial Services Corporation,    PO Box 65507,    Wilmington, DE 19808-0507
513589408       M&T,    1100 Worley Drive,    Williamsville, NY 14221
513589409      +Paddington Square Condo Association,    1 Chads Barn,    Mahwah, NJ 07430-1900
513666138      +Paddington Square at Mahwah Condominium Assoc.,    214 Carnegie Center, Ste 112,
                 Prin ceton, NJ 08540-6237,    Attn:  Elysa D. Bergenfeld
513589413      +Summit Collection Svcs,    Po Box 306,    Ho Ho Kus, NJ 07423-0306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 07 2018 00:35:55      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 07 2018 00:35:52      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
513589388       EDI: HNDA.COM Jun 07 2018 11:49:00      American Honda Finance,    Po Box 168088,
                 Irving, TX 75016
513632404       EDI: HNDA.COM Jun 07 2018 11:49:00      American Honda Finance Corporation,
                 National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088
513589390       EDI: ARSN.COM Jun 07 2018 11:51:00      ARS National Services Inc.,    PO BOX 463023,
                 Escondido, CA 92046-3023
513603615       EDI: AIS.COM Jun 07 2018 11:48:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
513589392       EDI: BANKAMER.COM Jun 07 2018 12:00:00      Bank Of America,    Po Box 982235,
                 El Paso, TX 79998
513589391       EDI: BANKAMER.COM Jun 07 2018 12:00:00      Bank of America,    P.O. Box 15222,
                 Wilmington, DE 19886-5710
513589394       EDI: CITICORP.COM Jun 07 2018 11:59:00      Citibank Usa,
                 Citicorp Credit Services/Attn: Centraliz,    Po Box 20363,   Kansas City, MO 64195
513589393      +EDI: RESURGENT.COM Jun 07 2018 11:59:00      Cach Llc/Square Two Financial,
                 Attention: Bankruptcy,    4340 South Monaco St. 2nd Floor,    Denver, CO 80237-3485
513685592       EDI: BL-BECKET.COM Jun 07 2018 12:02:00      Capital One NA,    c/o Becket and Lee LLP,
                 POB 3001,    Malvern PA 19355-0701
513604649      +EDI: TSYS2.COM Jun 07 2018 11:58:00      Department Stores National Bank/Macys,
                 Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
513589395      +EDI: DISCOVER.COM Jun 07 2018 11:58:00      Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
517344844      +E-mail/Text: bankruptcy.bnc@ditech.com Jun 07 2018 00:35:16
                 Ditech Financial LLC fka Green Tree Servicing,    LLC,   P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154,    Ditech Financial LLC fka Green Tree Serv,
                 LLC 57709-6154
517344843       E-mail/Text: bankruptcy.bnc@ditech.com Jun 07 2018 00:35:16
                 Ditech Financial LLC fka Green Tree Servicing,    LLC,   P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
513589396      +EDI: TSYS2.COM Jun 07 2018 11:58:00      Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
513589399      +EDI: RMSC.COM Jun 07 2018 12:00:00      Gecrb/ge Cap Music/aim,    Po Box 981439,
                 El Paso, TX 79998-1439
513589401      +EDI: RMSC.COM Jun 07 2018 12:00:00      Gemb/JC Penny,    Attention: Bankruptcy,    Po Box 103104,
                 Roswell, GA 30076-9104
513589400      +EDI: RMSC.COM Jun 07 2018 12:00:00      Gemb/banarepdc,    Attention: Bankruptcy,    Po Box 103104,
                 Roswell, GA 30076-9104
513589402      +EDI: CITICORP.COM Jun 07 2018 11:59:00      Goodyr/cbna,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
514136348      +E-mail/Text: bankruptcy.bnc@ditech.com Jun 07 2018 00:35:16      Green Tree Servicing LLC,
                 P O Box 0049,    Palatine, IL 60055-0001
514136349      +E-mail/Text: bankruptcy.bnc@ditech.com Jun 07 2018 00:35:16      Green Tree Servicing LLC,
                 P O Box 0049,    Palatine, IL 60055,   Green Tree Servicing LLC,    P O Box 0049,
                 Palatine, IL 60055-0001
513589404      +EDI: HFC.COM Jun 07 2018 12:00:00      Hsbc/harlm,    Hsbc Retail Srvs/Attn: Bk Dept,   Pob 5263,
                 Carol Stream, IL 60197-5263
```

```
District/off: 0312-2           User: admin                Page 2 of 3                   Date Rcvd: Jun 06, 2018
                               Form ID: 3180W             Total Noticed: 56


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
513589405      +EDI: IRS.COM Jun 07 2018 12:01:00      Internal Revenue Service,    Department of the Treasury,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
513824868       EDI: JEFFERSONCAP.COM Jun 07 2018 11:43:00      Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617
513589406      +EDI: CBSKOHLS.COM Jun 07 2018 11:58:00      Kohls/capone,    Po Box 3115,
                 Milwaukee, WI 53201-3115
513922336       EDI: RESURGENT.COM Jun 07 2018 11:59:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of HSBC Receivables,    Acquisition Corporation (USA) IV,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
513589407      +EDI: RESURGENT.COM Jun 07 2018 11:59:00      Lvnv Funding Llc,    Po Box 740281,
                 Houston, TX 77274-0281
513589410       EDI: PRA.COM Jun 07 2018 11:49:00      Portfolio Rc,    Attn: Bankruptcy,    Po Box 41067,
                 Norfolk, VA 23541
513812227       EDI: PRA.COM Jun 07 2018 11:49:00      Portfolio Recovery Associates, LLC,    PO BOX 41067,
                 Norfolk, VA 23541
513779172       EDI: PRA.COM Jun 07 2018 11:49:00      Portfolio Recovery Associates, LLC,    c/o Jc Penney,
                 POB 41067,    Norfolk VA 23541
513917769       EDI: PRA.COM Jun 07 2018 11:49:00      Portfolio Recovery Associates, LLC,    c/o Mandee,
                 POB 41067,    Norfolk VA 23541
513779170       EDI: PRA.COM Jun 07 2018 11:49:00      Portfolio Recovery Associates, LLC,    c/o Modells,
                 POB 41067,    Norfolk VA 23541
513922433       EDI: PRA.COM Jun 07 2018 11:49:00      Portfolio Recovery Associates, LLC,    c/o TJ Maxx,
                 POB 41067,    Norfolk VA 23541
517464319      +E-mail/Text: djb@ansellgrimm.com Jun 07 2018 00:37:14
                 Paddington Square at Mahwah Condo Assoc.,    C/O Ansell, Grimm & Aaron, PC,
                 Attn: Elysa D. Bergenfeld, Esq.,    214 Carnegie Center, Ste. 112,    Princeton, NJ 08540-6237
513606202       EDI: Q3G.COM Jun 07 2018 12:18:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
513589411      +E-mail/Text: bankruptcy@savit.com Jun 07 2018 00:37:00       Sa-vit Enterprises,    46 W Ferris St,
                 East Brunswick, NJ 08816-2159
513589412      +EDI: SEARS.COM Jun 07 2018 11:59:00      Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
513589414      +EDI: WFFC.COM Jun 07 2018 11:58:00      Wells Fargo Bank Nv Na,
                 Attn: Deposits Bankruptcy MAC# P6103-05K,    Po Box 3908,    Portland, OR 97208-3908
513589415      +EDI: WFNNB.COM Jun 07 2018 11:59:00      Wfnnb/annie Sez,    995 W 122nd Ave,
                 Westminster, CO 80234-3417
513589416      +EDI: WFNNB.COM Jun 07 2018 11:59:00      Wfnnb/mandee,    995 W 122nd Ave,
                 Westminster, CO 80234-3417
                                                                                               TOTAL: 41

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513812306*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery Associates, LLC,    PO BOX 41067,
                Norfolk, VA 23541)
cr            ##+Paddington Square at Mahwah Condominium Associatio,    c/o Herrick, Feinstein LLP,
                Attn: Elysa D. Bergenfeld, Esq.,    210 Carnegie Center,    Princeton, NJ 08540-6233
                                                                                               TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-2           User: admin              Page 3 of 3              Date Rcvd: Jun 06, 2018
                               Form ID: 3180W           Total Noticed: 56
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elysa D Bergenfeld    on behalf of Creditor    Paddington Square at Mahwah Condominium Association,
               Inc. edb@ansellgrimm.com, rbl@ansellgrimm.com
              Eric David Reiser    on behalf of Debtor Jeffrey R. Slome ereiser@new-jerseylawyers.com
              Eric David Reiser    on behalf of Joint Debtor Carmen   Slome ereiser@new-jerseylawyers.com
              Jeanette F. Frankenberg    on behalf of Creditor    Bank of America, N.A. cmecf@sternlav.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Richard B. Linderman    on behalf of Creditor    Paddington Square at Mahwah Condominium
               Association, Inc. rbl@ansellgrimm.com, edb@ansellgrimm.com
                                                                                             TOTAL: 7
```